# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALICE MASCARINI, et al.,** | : | **CIVIL ACTION NO. 1:10-CV-1546** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **QUALITY EMPLOYMENT SERVICES & TRAINING, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 30th day of August, 2010, upon consideration of plaintiffs' amended complaint (Doc. 8), see FED. R. CIV. P. 15(a)(1)(A), filed on August 27, 2010, and of defendants' motion to dismiss plaintiffs' complaint in part (Doc. 3) filed on August 2, 2010, and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit.") 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1. Defendants shall respond to the amended complaint (Doc. 8) in accordance with the Federal Rules of Civil Procedure.

2. The motion to dismiss the complaint in part (Doc. 3) is DENIED as MOOT without prejudice.

                                                                 S/ Christopher C. Conner
                                                                 CHRISTOPHER C. CONNER
                                                                 United States District Judge